# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-02345-SVW-RAO | Date | June 15, 2017 |
|---|---|---|---|
| Title | *Limo Company v. Chemical Milling International Corporation* | | |

## JS-6

---

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING CASE FOR LACK OF PROSECUTION

On June 2, 2017, the Court issued an order to show cause why the case should not be dismissed for lack of prosecution. Dkt. 12. On June 14, 2017, Plaintiff's counsel responded. Dkt. 13. Having considered the response, the Court denies Plaintiff's request and dismisses the case. If Plaintiff has a good-faith belief under Rule 11 that there is a cause of action against one or more insurance companies, it can file a new lawsuit to pursue that claim.

_____ : _____

Initials of Preparer    PMC